②

**Name:** CHRISTOPHER COY MAFFRE Ⓒ

**Address:** _____

FILED
NOV 07 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CAPITELWEN DARC-OPTICS, Plantiff
(Full Name)

CASE NO. 22-3286-JWL-JPO
(To be supplied by the Clerk)

V.

MEROVINGIAN, Defendant(s)
DRAGON; B.E.A.R.

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983, (46 USC 740).

## A. JURISDICTION

1) CHRISTOPHER COY MAFFRE Ⓒ, is a citizen of GEIJA
   (Plaintiff)                              (State)

who presently resides at 3601 E 25th St. Lawrence Ks. 66046
                         (Mailing address or place
Douglas County Correctional Facility.
of confinement.)

2) Defendant MEROVINGIAN is a citizen of
            (Name of first defendant)

_____, and is employed as
(City, State)

_____. At the time the
(Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Using state laws & codes of "Regulations"
to Abrogate Contract Clause of U.S. Constitution.



3) Defendant **DRACONIAN** is a citizen of
   *(Name of second defendant)*

   **DRAKO STAR CONSULATES**, and is employed as
   *(City, state)*

   **KING**. At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   Virtute Officii As Overlord And Aron, (18 USC 798)

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   (46 USC 740) (State Vs. Aler, 39 W. VA 549, 20 S. E. 585 Bates' Ann. St. Ohio. 1904) (46 USC 30101(A)) (28 USC 1602 (A)(2)) (KSA 77-109) Jure Imperii

## B. NATURE OF THE CASE

1) Briefly state the background of your case: Rapes, Murders, Genocides, Defendant(s) Are Human Vessels Under (18 USC (2)(1) violating the Eminent Domain clause of the United States Constitution, In Acts of Terrorism Against Plaintiffs Person (KSA 16-1602(N)=(J) And Violating Economical Espionage, Committing War Crimes, As Enemy Aliens (8 USC 1227) And Disregards Plaintiffs Diplomatic Authority As Under Lord/Overlord Using games, Tests, Simulations, Causing Imprisonment

2

XE-2 8/82      CIVIL RIGHTS COMPLAINT §1983

B

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: WAR CRIMES (18 USC 2441) 32 C.F.R. 11.6 (A)(1)(2009)

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

CYBER TERRORISM; BIO TERRORISM, STATE SPONSORED DOMESTIC TERRORISM,

B) (1) Count II: (8 USC 1182)(iii)(1) SABOTAGE HUMAN Vessels. CAUSING Arrest

(2) Supporting Facts: SABOTAGING MINDS, SOULS OF SOCIETY AND PEOPLE AGAINST PLAINTIFF USING SOCIAL ENGINEERING @ (WWW.SMOKESCREEN.IO) REDUCING PLAINTIFF TO PEONAGE (42 USC 1994) Holding PLAINTIFF USING RANSOM WARES WITHOUT BAIL BONDS.

3

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983



C) (1) Count III: (50 USC 1701) Patriot Act

(2) Supporting Facts: Defendants violate the Patriot Act, causing physical unrepairable damages to plaintiffs person in death & decay.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

Count (4) (18 USC 242)

Supporting Facts:

Defendant Deprives plaintiff of Rights to Federal Supremacy Clause of the United States Constitution under color of State Law, Disregarding Rights to Virtute Officii

Count (5) (18 USC 2333(A))

Supporting Facts: Defendants Sponsors Terrorism Violating Executive Order 13224 Sec. 1 (D)(i) (66 Fed. Reg. 49079).

Count (6) (22 USC 7425) —

Supporting Facts: Defendants keep Transferring Plaintiffs classified Information to Law Enforcement. Using Optronics, Steeling Trade secrets.

Count (7) (50 USC 1708)(18 USC 1831)

Defendants use Proxies to Steal Trade secrets and Deny use of Bills of Exchanges as Negotiable Instruments. Using Ultra Sonic Messaging Patent & Wavo Block Chains in Violation of Separation of Powers Act Barring Executive Interruptions. Violating Crimen Majestatis & Jure Imperii

Count (8) (12 USC 630) Missapplication of Carrielan Bill of Exchange.

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

CAPITELIVEN LEGAL NOTICE AND DEMAND WAS SERVED PURSUNT TO § (42 USC 1981(A))

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

PLAINTIFF INVKS (28USC 71.1) (18 JSC 963) I CMD TAKE YOUR CROWN(s) (18USC 2291) HOMAGE (18USC 1656)(Dcc 9-305) IN (PRESIDENTIAL RESIGN DIRECTIVE 25) BLOOD DEBTS COM (22 JSC 2669(A) (22 JSC 4821) EXCL SELF HELP (DCC 9-606) WITHER LAW ENFORCEMENT (22 JSC 7425) (41 CFR 101-42.1105-2) RIGHTS TO (42 USC 9601(A)) SUPERCEAUS ACTS OF CONGRESS

_____        CHRISTOPHER CORY VAPOR(c)
Signature of Attorney (if any)              Signature of Plaintiff

PETER HYATT WHITE
901 FIFTEENTH ST. N.W
WASHINGTON D.C. 20005
(Attorney's full address and telephone number)

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                    5